JS-6

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AVA BERI RESTAURANTS GROUP, INC.; BERI GROUP, INC.; and TASTE AMERICA FOODS GROUP, INC.<br><br>Defendants. | Case No.: 2:21-cv-5493 MWF(PDx)<br><br>**JUDGMENT IN FAVOR OF THE UNITED STATES OF AMERICA AND AGAINST AVA BERI RESTAURANTS GROUP, INC.; BERI GROUP, INC.; AND TASTE AMERICA FOODS GROUP, INC.** |

1  Based on the stipulation of the United States of America, Plaintiff, and
2  Ava Beri Restaurants Group, Inc.; Beri Group, Inc.; and Taste America
3  Foods Group, Inc., Defendants, and for good cause shown:
4  1.  Judgment is entered in favor of the United States of America,
5  Plaintiff, and against Ava Beri Restaurants Group, Inc., Defendant, in the
6  amount of $1,371,917 as of August 3, 2022, plus all subsequent statutory
7  interest.
8  2.  Judgment is entered in favor of the United States of America,
9  Plaintiff, and against Beri Group, Inc., Defendant, in the amount of
10 $634,245.69 as of August 3, 2022, plus all subsequent statutory interest.
11 3.  Judgment is entered in favor of the United States of America,
12 Plaintiff, and against Taste America Foods Group, Inc., Defendant, in the
13 amount of $122,867.63 as of August 3, 2022, plus all subsequent statutory
14 interest.
15 IT IS SO ORDERED.

Dated: August 5, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2